IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER MILLER | ) | Old Case No.  CV-F-04-6683 OWW DLB |
| | ) | |
| | ) | New Case No. CV-F-04-6683 DLB |
| | ) | |
| | ) | ORDER REASSIGNING CASE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOANNE B.  BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

It appearing that pursuant to Eastern District General Order 345, all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

1.  This action is assigned to United States Magistrate Judge Dennis L. Beck for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of

1

      **final judgment, and**

2. **The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Dennis L. Beck.**

3. **The new case number shall be CV-F-04-6683 DLB. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.**

IT IS SO ORDERED.

**Dated:    April 15, 2005**               /s/ Oliver W. Wanger
emm0d6                                           UNITED STATES DISTRICT JUDGE

2