```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7316

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MILLER,<br><br>        Plaintiff,<br><br>        v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>        Defendant.<br>_____ | 1:04-cv-6683 DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from August 15, 2005 to September 16, 2005.

///
///
///
///
///
///
///
///
///

1     This is defendant's first request for an extension of time to
2 file a response to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response in
4 this matter.

5                                   Respectfully submitted,

7 Dated: August 4, 2005        /s/ Robert D. Christenson
                                    (As authorized via facsimile)
8                                   ROBERT D. CHRISTENSON
                                  Attorney for Plaintiff

11 Dated: August 4, 2005        McGREGOR W. SCOTT
                                  United States Attorney

13                                   /s/ Kimberly A. Gaab
                                  KIMBERLY A. GAAB
14                                   Assistant U.S. Attorney

15     IT IS SO ORDERED.

16     **Dated:   August 5, 2005**                 **/s/ Dennis L. Beck**
17 3c0hj8                                       UNITED STATES MAGISTRATE JUDGE